UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT DONALDSON and PATRICIA CHIERA,

                             Plaintiffs,

v.

HUDSON VALLEY FAMILY PHYSICIANS, PLLC d/b/a ROSENDALE MEDICAL CENTER URGENT CARE, AMIN ELASHKER, D.O., a/k/a AMEN ELASHKER, D.O., in his individual capacity, and FRANCESCA HILMI, D.O., in her individual capacity,

                             Defendants.

ORDER

Index No. 1:21-CV-220 (AMN/DJS)

       Upon application by Plaintiffs Robert Donaldson and Patricia Chiera, and upon consent of all parties herein, the Court hereby ORDERS that the above action be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  The parties have agreed that no party will be deemed a prevailing party in this matter.

       The Court will retain jurisdiction of this matter to enforce the terms of the settlement agreement entered into by the parties to resolve this matter.

       IT IS SO ORDERED.

Dated: Albany, New York
       June __24___, 2024

Anne M. Nardacci
U.S. District Judge